UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

DOMINIC H. BRITTON
DAWN C. BRITTON

   Debtors.

7337 Royal Troon Drive
Ypsilanti, MI 48197
XXX-XX-1045
XXX-XX-1652

_____/

Case No. 10-61053-PJS
Honorable PHILLIP J. SHEFFERLY
Chapter 7

## MOTION FOR REVIEW OF REAFFIRMATION AGREEMENT - PRESUMPTION OF UNDUE HARDSHIP APPLIES

**NOW COMES**, Creditor, FORD MOTOR CREDIT COMPANY LLC, by and through Counsel, Kilpatrick & Associates, P.C., and moves this Court to review the Reaffirmation Agreement filed contemporaneously with this Motion as the presumption of undue hardship has arisen under 11 U.S.C. § 524(m); Debtors' attorney has opted not to execute Part C of the Reaffirmation Agreement; and the Debtors have failed to execute Part E of the Reaffirmation Agreement. Creditor relies upon the following:

☒ A review of Schedules I (income) and J (expenses).

☒ The Debtor's statement in support of the Reaffirmation Agreement.

☒ Correspondence from Debtors' attorney indicates the attorney may have counseled the Debtors in executing the Reaffirmation Agreement; and therefore, the Debtors' attorney believes L.B.R. 4008-1 prevents the Debtors from executing Part E.

**WHEREFORE**, Creditor, Ford Motor Credit Company LLC, requests that the Court review and approve the Reaffirmation Agreement.

Respectfully submitted;
KILPATRICK & ASSOCIATES, P.C.

By: /s/ *[signature]*
JEFFERY R. SIEVING, ESQ. (P71625)
SCOTT C. KEMPKENS, ESQ. (P72014)
Attorneys for Ford Motor Credit Company LLC
903 N. Opdyke Road, Suite C
Auburn Hills, MI 48326
ecf@kaalaw.com
(248) 377-0700

Dated: August 30, 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

DOMINIC H. BRITTON
DAWN C. BRITTON

Debtors.

7337 Royal Troon Drive
Ypsilanti, MI 48197
XXX-XX-1045
XXX-XX-1652

Case No. 10-61053-PJS
Honorable PHILLIP J. SHEFFERLY
Chapter 7

_____/

## ORDER APPROVING REAFFIRMATION AGREEMENT

This matter having come before the Court on Creditor's Motion for Court Review of Reaffirmation Agreement - Presumption of Undue Hardship Applies between Debtors and Ford Motor Credit Company LLC related to a 2010 Ford Focus (VIN: 1FAHP3HN3AW144923)) filed on August 30, 2010, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Court has reviewed the Reaffirmation Agreement and the presumption of undue hardship pursuant to 11 U.S.C. § 524(m) has been overcome to the satisfaction of the Court.

**IT IS HEREBY ORDERED** that the Reaffirmation Agreement is approved.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

DOMINIC H. BRITTON
DAWN C. BRITTON

Debtors.

7337 Royal Troon Drive
Ypsilanti, MI 48197
XXX-XX-1045
XXX-XX-1652

Case No. 10-61053-PJS
Honorable PHILLIP J. SHEFFERLY
Chapter 7

_____/

### PROOF OF SERVICE OF MOTION FOR REVIEW OF REAFFIRMATION AGREEMENT - PRESUMPTION OF UNDUE HARDSHIP APPLIES

**CHRISTAN KUE** certifies that on the 30th day of August, 2010, she served a copy of the MOTION FOR REVIEW OF REAFFIRMATION AGREEMENT – PRESUMPTION OF UNDUE HARDSHIP APPLIES, and PROOF OF SERVICE, in the above-captioned matter, with the Clerk of the Court using the ECF system which will send notification of such filing upon the following:

Guy T. Conti: gconti@contilegal.com

Douglas Ellmann: mi04@ecfcbis.com

Office of the U.S. Trustee: via ECF e-mail

And by depositing same in a United States postal box located in Auburn Hills, Michigan, with the lawful amount of postage fully prepaid thereon, upon the following:

Dominic H. Britton and Dawn C. Britton
7337 Royal Troon Drive
Ypsilanti, MI 48197

/S/ _____
**CHRISTAN KUE**, an employee of
KILPATRICK & ASSOCIATES, P.C.
903 N. Opdyke Road, Suite C
Auburn Hills, MI 48326
ecf@kaalaw.com
(248) 377-0700